```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 30879
    ISAAC ARMWOOD
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-2757


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/12/2008 and was not confirmed.

     The case was dismissed without confirmation 03/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL   CURRENT MORTG         .00            .00           .00
DEUTSCHE BANK NATIONAL   MORTGAGE ARRE    15000.00            .00           .00
EQUIANT FINANCIAL        SECURED NOT I        .00            .00           .00
EQUIANT FINANCIAL        UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED        11603.87            .00           .00
SEARS ROEBUCK & CO       UNSECURED       NOT FILED            .00           .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED            .00           .00
LVNV FUNDING             UNSECURED         5541.67            .00           .00
GE CAPITAL SAMS CLUB     UNSECURED       NOT FILED            .00           .00
SEARS GOLD MASTERCARD    UNSECURED       NOT FILED            .00           .00
AT&T                     UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED            .00           .00
SHELL OWNERS ASSOC SW    UNSECURED       NOT FILED            .00           .00
NICOR GAS                UNSECURED       NOT FILED            .00           .00
ERNESTO D BORGES JR      DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       --------------      --------------
TOTALS                     .00                  .00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 30879 ISAAC ARMWOOD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 30879 ISAAC ARMWOOD